UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIGOBERTO RODRIGUEZ-MACEDO,<br><br>               Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br>               Respondent. | Case No. C24-266-RSM-TLF<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, Dkt. #7; and

(2) Petitioner's habeas corpus petition is dismissed without prejudice.

DATED this 8th day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE