UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO RODRIGUEZ-MACEDO,

Petitioner,

v.

JASON BENNETT,

Respondent.

Case No. C24-266-RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On June 3, 2025, in its Order denying Petitioner's Rule 60(b) motions, the Court stated that it would strike future motions for relief from judgment in this closed case as duplicative and improper because "Petitioner's failure to demonstrate exhaustion of all state remedies in order to file a § 2254 petition is a procedural defect not curable via Rule 60(b) motions for relief from judgment." Dkt. #74 at 4. Accordingly, Petitioner's "Proposed Motion to Reconsider Denial of Rule 60(b) Motions," Dkt. #75, is STRICKEN as procedurally improper, duplicative, and moot.

DATED this 16th day of June, 2025.

RAVI SUBRAMANIAN, Clerk

By:   /s/ Tajma Eaton
      Deputy Clerk

MINUTE ORDER - 1